UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                                                    PLAINTIFF

v.                                          CASE NO. 2:23-CR-20003-001

RAFAEL CRUZ-GARCIA                                                                          DEFENDANT

## ORDER

The Court ADOPTS the report and recommendation (Doc. 16) entered in this case and accepts Defendant's plea of guilty to Count 2 of the indictment. The Defendant is hereby adjudged GUILTY of the offense.

IT IS SO ORDERED this 10th day of March, 2023.

/s/ P. K. Holmes III
P.K. HOLMES III
U.S. DISTRICT JUDGE